Case 04-72749   Doc 55   Filed 05/16/08   Entered 05/16/08 15:06:33   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GARY W. GERBER  
1631 MONTAGUE ROAD  
ROCKFORD, IL  61102  

SSN-xxx-xx-2422

Case Number: 04-72749

Case filed on: 5/25/2004  
Plan Confirmed on: 8/6/2004  

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,830.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | GARY W. GERBER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ANATOLY M. ROZMAN, MD | 88.00 | 88.00 | 13.19 | 0.00 |
| 002 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 1,888.60 | 1,888.60 | 283.08 | 0.00 |
| 004 | B-FIRST LLC | 8,729.96 | 8,729.96 | 1,308.51 | 0.00 |
| 005 | DISCOVER FINANCIAL SERVICES | 8,845.12 | 8,845.12 | 1,325.78 | 0.00 |
| 006 | JOHN BUTLER MC SC | 1,828.00 | 1,828.00 | 273.99 | 0.00 |
| 007 | KARLA J. HEGDE LCPC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MARENGO RESCUE SQUAD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 9,180.29 | 9,180.29 | 1,376.01 | 0.00 |
| 010 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | OSF SAINT ANTHONY MEDICAL CENTER | 60,455.98 | 60,455.98 | 9,061.63 | 0.00 |
| 013 | QUEST DIAGNOSTICS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | REGINA BIELKUS, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | REHABILITATION ASSOC. OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS/ | 1,992.20 | 1,992.20 | 298.61 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD ORTHPEDICS APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD REHAB MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MEDICAL DENTAL HOSPITAL BUREAU | 232.00 | 232.00 | 34.77 | 0.00 |
| 023 | ATTORNEY TERRY HOSS & | 150.00 | 150.00 | 22.49 | 0.00 |
| 024 | B-FIRST LLC | 10,726.04 | 10,726.04 | 1,607.71 | 0.00 |
|  | Total Unsecured | 104,116.19 | 104,116.19 | 15,605.77 | 0.00 |
|  | Grand Total: | 106,980.19 | 106,980.19 | 18,469.77 | 0.00 |

Total Paid Claimant:    $18,469.77  
Trustee Allowance:      $1,360.23  
Percent Paid Unsecured:    14.99  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008           By  /s/Heather M. Fagan